MICHAEL P. KIMBRELL, ESQ.
Nevada State Bar # 07776
MICHAEL P. KIMBRELL, LTD
3470 EAST RUSSELL ROAD, Ste. 250
Las Vegas, Nevada 89120
(702) 471-7001
(Fax) 446-0493
Attorney for MICHAEL FEHLMAN

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL FEHLMAN,<br><br>Defendant. | 2:11-cr-00223-MMD -CWH<br><br><br>**UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER** |

**CERTIFICATION: THIS MOTION IS TIMELY FILED.**

**COMES NOW** the defendant, **MICHAEL FEHLMAN** by and through his counsel, **MICHAEL P. KIMBRELL, ESQ.**, and hereby moves this Honorable Court for an order for Mr. Fehlman's criminal history category to be calculated. Counsel for Mr. Fehlman believes defendant has no felony convictions but does have a record of misdemeanor convictions. Counsel has communicated with Government counsel and authorization to represent they have no opposition to this motion. Counsel for defendant therefore respectfully moves this Court for a Pre-Plea Presentence Investigation Report to be prepared by the United States Department of Parole and Probation.     **DATED** this 28th day of July, 2012.

Respectfully submitted,

/s/ Michael P. Kimbrell
MICHAEL P. KIMBRELL, ESQ.
Counsel for Michael Fehlman

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **2:11-cr-00223-MMD -CWH** |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| MICHAEL FEHLMAN, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the United States Department of Parole and Probation will prepare a Pre-Plea Pre-Sentence Investigation Report on Defendant Michael Fehlman.

DATED this 30th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of Michael P. Kimbrell, LTD, and is a person of such age and discretion as to be competent to serve papers. That on July 28, 2012, I served an electronic copy of the above and foregoing UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER by electronic service (ECF) to the person(s) named below:

DANIEL G. BOGDEN
United States Attorney
333 Las Vegas Blvd. South, #5000
Las Vegas, NV 89101
Counsel for United States

KIMBERLY FRAYN
Assistant United States Attorney
333 Las Vegas Blvd. South, #5000
Las Vegas, NV 89101
Counsel for United States

/s/ Michael P. Kimbrell, Esq.
Employee of Michael P. Kimbrell, LTD

3