UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00223-MMD-CWH |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MICHAEL FEHLMAN, aka Mike Fehl, | |
| Defendant. | |

On November 20, 2012, the court granted Michael P. Kimbrell's "Motion to Withdraw" (dkt. no. 131) and ordered new counsel appointed (dkt. no. 137).

IT IS HEREBY ORDERED that Benjamin C. Durham, Esq. is appointed as counsel for Michael Fehlman in place of Michael P. Kimbrell, Esq. for all further proceedings.

IT IS FURTHER ORDERED that Mr. Kimbrell shall forward the file to Mr. Durham forthwith.

DATED this 28th day of November, 2012.

Nunc Pro Tunc Date: November 27, 2012.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE