UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00223-MMD-CWH |
| Plaintiff, | ORDER |
| v. | |
| JOSEPH ARENA, | |
| Defendant. | |

At the sentencing hearing held on November 26, 2012, the Court deferred a decision on Defendant Joseph Arena's objection to the U.S. Probation Office's recommendation of imposition of restitution, with interest, to allow the government to brief this issue. The government has filed a response arguing that the Court has discretion to apply both prejudgment and post-judgment interest to the restitution amount. (Dkt. no. 149.)

Having considered the government's arguments and GOOD CAUSE APPEARING, the Court overrules defendant's objection and ADOPTS the U.S. Probation Office's recommendation of imposition of restitution with interest.

DATED THIS 14th day of January 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE